

## Fourth Court of Appeals

### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00172-CR

Bruce **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-5212
Honorable Andrew Wyatt Carruthers, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia Alvarez, Justice

Delivered and Filed: October 14, 2020

APPEAL DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal from an agreed judgment of incompetency finding him incompetent to stand trial pursuant to article 46B.005 of the Texas Code of Criminal Procedure and committing him to a state hospital for 120 days. The agreed judgment is not appealable. *See* TEX. CODE CRIM. PROC. art. 46B.011. Therefore, on September 8, 2020, this court ordered appellant to show cause in writing no later than September 23, 2020 why this appeal should not be dismissed for lack of jurisdiction. Our order cautioned appellant that if he did not timely respond,

this appeal would be dismissed.  Appellant has not responded; therefore, this appeal is dismissed

for lack of jurisdiction.

PER CURIAM

Do not publish